UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AMAZON.COM INC, *et al.*,

           Plaintiffs,

     v.

AALITOOD, *et al.*,

           Defendants.

Case No. C23-679-MJP

ORDER

      On May 10, 2023, Plaintiffs Amazon.com Inc., Amazon.com Services LLC, Canon Kabushiki Kaisha, and Canon USA Inc. filed a complaint against entities responsible for 29 Amazon Selling Accounts, along with a notice that the case is a "Counterfeit Enforcement Action subject to General Order 03-23." (Dkt. ## 1, 4.) On August 21, 2023, the Honorable Marsha J. Pechman referred the case to the undersigned pursuant to General Order 03-23 for all issues related to service. (Dkt. # 7; *see* General Order 03-23 (W.D. Wash.).)

      Federal Rule of Civil Procedure 4(m) provides that the Court—on motion or on its own after notice to plaintiff—must dismiss an action without prejudice against a defendant, or order that service be made within a specified time, if the defendant is not served within 90 days after the complaint is filed. However, if plaintiff shows good cause for the failure, the Court must

ORDER - 1

extend the time for service for an appropriate period. *See* Fed. R. Civ. P. 4(m); *Efaw v. Williams*, 473 F.3d 1038, 1041 (9th Cir. 2007) ("District courts have broad discretion to extend time for service under Rule 4(m)."). In deciding whether to exercise that discretion, the Court may consider factors such as a statute of limitations bar, prejudice to the defendant, actual notice of a lawsuit, and eventual service. *Efaw*, 473 F.3d at 1041 (citing *Troxell v. Fedders of N. Am., Inc.*, 160 F.3d 381, 383 (7th Cir. 1998)).

More than 90 days have elapsed since Plaintiffs filed their complaint. Accordingly, Plaintiffs are ORDERED to file a status report by **September 8, 2023**, providing proof of service or good cause why an extension should be granted.

Dated this 23rd day of August, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2