1

2

3

4

5

6                     UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF WASHINGTON
7                              AT SEATTLE

8   AMAZON.COM INC, *et al.*,

9                          Plaintiffs,          Case No. C23-679-MJP-MLP

10          v.                                  MINUTE ORDER

11  AALITOOD, *et al.*,

12                         Defendants.

13

14          The following Minute Order is made at the direction of the Court, the Hon. Michelle L.

15  Peterson, United States Magistrate Judge:

16          To obtain a court order for alternative service under Fed. R. Civ. P. 4(f)(3), a plaintiff

17  must "demonstrate that the facts and circumstances of the present case necessitated the district

18  court's intervention." *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002).

19  Here, Plaintiffs indicate third-party discovery disclosed "potential physical addresses for

20  Defendants in China" but "Plaintiffs' investigators were not able to confirm that Defendants

21  lived at the addresses . . . , nor that those addresses were related to counterfeiting activity."

22  (Rainwater Decl. (dkt. # 21) at ¶ 5.) Plaintiffs do not explain any steps they took to confirm

23  Defendants lived at or were otherwise associated with the addresses. Plaintiffs have provided no

information to conclude the addresses are not associated with Defendants. The Court is thus unable to determine at this point whether circumstances necessitate the Court's intervention. Accordingly, the Court ORDERS Plaintiffs to file a supplemental declaration with the necessary information by **June 11, 2024**.

Dated this 4th day of June, 2024.

Ravi Subramanian
Clerk of Court

By: Tim Farrell
    Deputy Clerk

MINUTE ORDER - 2