The Honorable Marsha J. Pechman
The Honorable Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; CANON KABUSHIKI KAISHA, a Japanese corporation; and CANON U.S.A., INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHAO ZHUAN CHEN, an individual; ZUBING ZHENG, an individual; SHAO YI CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00679-MJP-MLP<br><br>**CERTIFICATE OF SERVICE** |

I certify that on June 20, 2024, I caused to be served true and correct copies of the:

1. Civil Cover Sheet (Dkt. 1-1);

2. First Amended Complaint for Damages and Equitable Relief (Dkt. 16);

3. Exhibits to First Amended Complaint for Damages and Equitable Relief (Dkt. 16-1);

4. Summons for Shao Yi Chen (Dkt. 18);

5. Summons for Shao Zhuan Che (Dkt. 18);

6. Summons for Zubing Zheng (Dkt. 18); and

7. Order Granting Plaintiffs' *Ex Parte* Motion for Alternative Service (Dkt. 25)

CERTIFICATE OF SERVICE - 1
(2:23-cv-00679-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1  via RPost, per the Court's Order Authorizing Alternative Service (Dkt. 25) to the following
2  Defendants via the email addresses listed below:

- Defendant Shao Zhuan Chen:
    - huaa2233@21cn.com
    - chenglong378@outlook.com
    - kathrynlpatrick@outlook.com
- Defendant Zubing Zheng:
    - xuzhongsheng2177@163.com
    - dksty2332@21cn.com
- Defendant Shao Yi Chen:
    - cyha589395@126.com
    - tme2334@21cn.com
    - lfcwkj@163.com
    - jhi537@163.com
    - libaoliangvfdus@163.com
    - dz57bb@yeah.net
    - zhaojucui122@outlook.com
    - tbdehx@163.com
    - dass2223@21cn.com
    - cisongci7831@163.com
    - y9zt6qbd4yn9jwa@outlook.com
    - xieczgsih6@163.com
    - yufeng55353@outlook.com
    - mariaaescareno@outlook.com
    - luanhe82717@163.com
    - nje989@163.com
    - hnum2234@21cn.com

CERTIFICATE OF SERVICE - 2
(2:23-cv-00679-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

- o   nanfengzhid@163.com
- o   wwq21698@163.com
- o   zzh895@163.com
- o   teer2244@21cn.com
- o   zhaoyunlong8002@outlook.com
- o   qingxishangmao@outlook.com
- o   benevaciadzpw@gmail.com
- o   an7788@163.com
- o   niuy233@126.com
- o   tadd2020@21cn.com
- o   xbxingyun_amazon@tom.com
- o   juyi3622434@163.com
- o   ruutd2335@21cn.com
- o   baiyu70516@163.com

RPost confirmed delivery of the service emails without any error notices or bounce back messages.

//

//

//

//

CERTIFICATE OF SERVICE - 3
(2:23-cv-00679-MJP-MLP)

DATED this 20th day of June, 2024.

        DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott Commerson, WSBA #58085
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017-2566
Tel: (213) 633-6800
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

CERTIFICATE OF SERVICE - 4
(2:23-cv-00679-MJP-MLP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax