UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C23-679 MJP |
| Plaintiffs, | ORDER TERMINATING REFERRAL |
| v. | |
| SHAO ZHUAN CHEN, et al., | |
| Defendants. | |

The Court previously referred all issues related to service of Defendants to Magistrate Judge Michelle L. Peterson pursuant to In re Amazon Counterfeit Enforcement Litigation, General Order 03-23 (Mar. 7, 2023). Plaintiffs have now completed service of all named Defendants. (See Dkt. Nos. 26.) Accordingly, the Court TERMINATES the referral and all matters shall be resolved by the undersigned.

\\

\\

\\

ORDER TERMINATING REFERRAL - 1

The clerk is ordered to provide copies of this order to all counsel.

Dated June 21, 2024.

Marsha J. Pechman
United States Senior District Judge