UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., | CASE NO. C23-679 MJP |
| Plaintiffs, | MINUTE ORDER |
| v. | |
| SHAO ZHUAN CHEN, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman, United States Senior District Judge:

The parties have not complied with the order directing that a joint status report be filed by September 5, 2024. (Dkt. No. 29.) The time for filing the report is hereby extended to fourteen days from the date of this order. If the report is not filed by that time or if Plaintiffs do not move for default judgment, sanctions may be ordered. Sanctions may include dismissal of the action without prejudice for failure to prosecute. See Fed. R. Civ. P. 41(b).

\\

MINUTE ORDER - 1

1 | The clerk is ordered to provide copies of this order to all counsel.

2 | Filed September 24, 2024.

                    Ravi Subramanian
                    Clerk of Court

                    s/Kathleen Albert
                    Deputy Clerk