The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; CANON KABUSHIKI KAISHA, a Japanese corporation; and CANON U.S.A., INC., a New York corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>SHAO ZHUAN CHEN, an individual; ZUBING ZHENG, an individual; SHAO YI CHEN, an individual; and DOES 1-10,<br><br>        Defendants. | No. 2:23-cv-00679-MJP<br><br>**NOTICE OF DISMISSAL OF DOES 1-10 WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, Canon Kabushiki Kaisha, and Canon U.S.A., Inc. hereby dismiss without prejudice all claims asserted in this action against Defendants Does 1-10 (the "Doe Defendants"). Because the Doe Defendants have neither answered the operative Complaint nor served a motion for summary judgment or otherwise appeared in this action, voluntary dismissal by notice is appropriate under Fed. R. Civ. P. 41(a)(1)(A)(i).

NOTICE OF DISMISSAL - 1
(2:23-cv-00679-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

1    DATED this 26th day of September, 2024.

2

3                                           DAVIS WRIGHT TREMAINE LLP
                                            *Attorneys for Plaintiffs*
4

5                                           *s/ Scott Commerson*
                                            Scott Commerson, WSBA #58085
6                                           865 South Figueroa Street, Suite 2400
                                            Los Angeles, CA 90017-2566
7                                           Tel: (213) 633-6800
                                            Fax: (213) 633-6899
8                                           Email: scottcommerson@dwt.com

9                                           *s/ Lauren B. Rainwater*
                                            Lauren B. Rainwater, WSBA #43625
10                                          920 Fifth Avenue, Suite 3300
                                            Seattle, WA 98104-1604
11                                          Tel: (206) 622-3150
                                            Fax: (206) 757-7070
12                                          Email: laurenrainwater@dwt.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

NOTICE OF DISMISSAL - 2
(2:23-cv-00679-MJP)