The Honorable Marsha J. Pechman

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; CANON KABUSHIKI KAISHA, a Japanese corporation; and CANON U.S.A., INC., a New York corporation,<br><br>Plaintiffs,<br><br>v.<br><br>SHAO ZHUAN CHEN, an individual; ZUBING ZHENG, an individual; SHAO YI CHEN, an individual; and DOES 1-10,<br><br>Defendants. | No. 2:23-cv-00679-MJP<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION FOR DEFAULT JUDGMENT AND PERMANENT INJUNCTION AGAINST DEFENDANTS |

THIS MATTER came before the Court on Plaintiffs *Ex Parte* Motion to File Over-length Motion for Default Judgment and Permanent Injunction Defendants Shao Zhuan Chen, Zubing Zheng, and Shao Yi Chen (collectively, "Defendants") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC (collectively, "Amazon"), Canon Kabushiki Kaisha, and Canon U.S.A., Inc. (collectively, "Canon," and together with Amazon, "Plaintiffs") (the "Motion"), pursuant to Local Civil Rule 7(f). The Court, having considered the Motion and finding good cause, **GRANTS** Plaintiffs leave to file a motion for default judgment and permanent injunction not to exceed 8,300 words.

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 1
(2:23-cv-00679-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax

SO ORDERED this 8th day of October, 2024.

*[signature]*
MARSHA J. PECHMAN
UNITED STATES SENIOR DISTRICT JUDGE

Presented by:

DAVIS WRIGHT TREMAINE LLP
*Attorneys for Plaintiffs*

*s/ Lauren Rainwater*
Lauren Rainwater, WSBA #43625
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1604
Tel: (206) 622-3150
Fax: (206) 757-7700
Email: laurenrainwater@dwt.com

Scott Commerson, WSBA #58085
865 S Figueroa Street, Suite 2400
Los Angeles, CA 90017
Tel: (213) 633-6890
Fax: (213) 633-6899
Email: scottcommerson@dwt.com

[PROPOSED] ORDER GRANTING PLAINTIFFS' *EX PARTE* MOTION TO FILE OVER-LENGTH MOTION - 2
(2:23-cv-00679-MJP)

Davis Wright Tremaine LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1640
206.622.3150 main · 206.757.7700 fax