# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHAO ZHUAN CHEN, et al., <br><br> Defendants. | **JUDGMENT IN A CIVIL CASE** <br><br> CASE NO. C23-679 MJP |

\_\_\_  **Jury Verdict**. This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X  **Decision by Court**. This action came to consideration before the court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Plaintiffs' Motion for Default Judgment is GRANTED and DEFAULT JUDGMENT is ENTERED in Plaintiffs' favor; Plaintiffs Canon Kabushiki Kaisha and Canon U.S.A., Inc. are AWARDED $1,311,927 in damages ((1) $35,490 against Shao Zhuan Chen; (2) $12,897 against Zubing Zhen; and (3) $1,263,540 against Shao Yi Chen); Plaintiffs Amazon.com, Inc. and Amazon.com Services LLC are AWARDED $222,051 ((1) $5,406 against Shao Zhuan Chen; (2) $2,056 against Zubing Zhen; and (3) $214,589

against Shao Yi Chen); and Defendants are PERMANENTLY ENJOINED on the terms set forth in the Court's Order on the Motion for Default Judgment.

Dated November 4, 2024.

Ravi Subramanian
Clerk of Court

s/ Kathleen Albert
Deputy Clerk
